# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL M. GRIFFIN, | Civil Action No. 2:13-cv-01675-AJS |
|         Plaintiff, | Judge Arthur J. Schwab |
| v. | JOINT MOTION FOR EXTENSION OF TIME FOR ADR PROCESS |
| WHITE DEER RUN, INC. and CRC HEALTH CORPORATION, | |
|         Defendants. | |

## JOINT MOTION FOR EXTENSION OF TIME FOR ADR PROCESS

Plaintiff (Jill M. Griffin) and Defendants (White Deer Run, Inc. and CRC Health Corporation) jointly move for an extension of time to complete the ADR process and in support of this request state as follows:

1. The Court has ordered that a specific date for the ADR session must be selected by March 21, 2014 and the session completed within 60 days of the Initial Case Management Conference.

2. Plaintiff's counsel will be out of the country from April 14 through May 6, 2014.

3. The parties have selected Stephen H. Jordan, Esquire as the ADR mediator but have not been able to find available dates suitable to all parties within 60 days of the Initial CMC.

4. Presently the parties have selected May 30 as the tentative date pending confirmation from all concerned.

Case 2:13-cv-01675-AJS   Document 13   Filed 03/20/14   Page 2 of 3

5. Accordingly, the Parties respectfully request an extension of time until June 6, 2014 to conclude the ADR process.

Respectfully submitted,

| | |
|---|---|
| /s/ Zan Ivan Hodzic | /s/ Morgan J. Matson |
| Zan Ivan Hodzic, (PA #25006)<br>z.hodzic@hodzicporach.com | Kenneth M. Kurtz (PA #84124)<br>ckurtz@littler.com |
| HODZIC & PORACH LLC<br>1100 Washington Avenue, Suite 308<br>Carnegie, PA 15106<br>Phone: (412) 429-9520<br>Fax: (412) 429-9541 | Morgan J. Matson, (PA #312138)<br>mmatson@littler.com<br><br>LITTLER MENDELSON, P.C.<br>625 Liberty Avenue, 26th Floor<br>Pittsburgh, PA 15222<br>412.201.7633/7620<br>412.456.2377 (fax) |
| Attorney for Plaintiff<br>Jill M. Griffin | Attorney for Defendants<br>White Deer LLC and CRC Health Corporation |