IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL M. GRIFFIN, | Civil Action No. 2:13-cv-01675-AJS |
| Plaintiff, | Judge Arthur J. Schwab |
| v. | JOINT MOTION FOR EXTENSION OF TIME FOR ADR PROCESS |
| WHITE DEER RUN, INC. and CRC HEALTH CORPORATION, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of March, 2014, it is hereby ORDERED, ADJUDGED AND DECREED that the extension of time within which to conduct the ADR process to June 6, 2014 is GRANTED.

BY THE COURT:

_____
Honorable Arthur J. Schwab
United States District Judge